INTEGRACIÓN DE SALAS DE VERANO.

*Número:* ————        *Resuelto:* 2 de junio de 1993

## RESOLUCIÓN

En conformidad con lo dispuesto en la Regla 3(d) del Reglamento de este Tribunal, 4 L.P.R.A. Ap. I-A, se constituyen las siguientes salas especiales de despacho para funcionar durante el receso:

*De lro de julio a 15 de agosto*

Juez Asociado Señor Francisco Rebollo López, *Presidente*
Juez Asociada Señora Miriam Naveira de Rodón
Juez Asociado Señor Jaime B. Fuster Berlingeri

*De 16 de agosto a 30 de septiembre*

Juez Asociado Señor Antonio S. Negrón García, *Presidente*
Juez Asociado Señor Federico Hernández Denton
Juez Asociado Señor Rafael Alonso Alonso

Los Presidentes de Sala quedan facultados para sustituir a los Jueces que integren las salas que no puedan intervenir en algún asunto ante su consideración y, asimismo, para convocar al Tribunal cuando sea necesario.

Salvo regla de necesidad, convocatoria a una sesión plenaria del Tribunal o situación adicional que lo amerite, el Juez Presidente Señor Andréu García no se integrará a dichas salas especiales de despacho.

*Publíquese.*

Lo acordó el Tribunal y certifica el señor Secretario General.

(*Fdo.*) Francisco R. Agrait Lladó
*Secretario General*